UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Edgar Dario ROA-Santacruz,<br>David CASAS-Herrera,<br><br>Defendants. | Magistrate Docket No. '21 MJ02301<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about June 05, 2021, within the Southern District of California, defendant Edgar Dario ROA-Santacruz and David CASAS-Herrera, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Sergio Manuel QUINTERO-Alvarado, Juan Martin ELIZONDO Del Campo and Oscar Roberto BARAHONA-Penate, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 7, 2021

HON. DANIEL E. BUTCHER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Edgar Dario ROA-Santacruz,
David CASAS-Herrera

## PROBABLE CAUSE STATEMENT

The complainant states that Sergio Manuel QUINTERO-Alvarado, Juan Martin ELIZONDO Del Campo and Oscar Roberto BARAHONA-Penate, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 5, 2021, Coast Guard Cutter (CGC) SEA OTTER and CGC PIKE, were in pursuit of a vessel that failed to stop near the Maritime Boundary Line. CGC PIKE in order to interdict the vessel, launched a small boat with United States Coast Guard Chief (USCG) M. Losinger on board. USCG Losinger, was able to identify the captain of the fleeing vessel, later identified as defendant, Edgar Dario ROA-Santacruz. ROA, with directions from USCG Losinger, came to an all stop. USCG Losinger, encountered four individuals, including ROA, on the top deck of the vessel and five additional individuals in the cabin, all but three of the individuals were wearing life jackets. USCG Losinger, suspecting ROA of operating a smuggling vessel, detained and transported the nine individuals, including ROA, to Ballast Point in San Diego, California.

At approximately 2:15 P.M., the Joint Harbor Operations notified the San Clemente Border Patrol Station that Air and Marine Operations and the United States Coast Guard detained a pleasure craft off the coast of Point Loma, San Diego, California with a total of nine individuals on the craft.

United States Border Patrol Agent V. Santomauro of the San Clemente Border Patrol Station responded to the call for assistance from the USCG regarding the vessel. Agent Santomauro arrived at Ballast Point, which is located apporximately 12 miles west of the San Ysidro, California Port of Entry and approximately 10 miles north of the United States/Mexico International Boundary. Agent Santomauro identified himself as a United States Border Agent to the nine individuals, including defendant ROA. Eight individuals, including ROA stated that they are citizens of Mexico and one stated El Salvador, without immigration documents which would allow them to enter or remain in the United States legally. Agent Santomauro, at approximately 4:34 P.M., placed all nine individuals, including ROA, under arrest.

On June 5, 2021 at 9:34 PM, Agent S. Diaz took a sworn statement from the Defendant Edgar Dario ROA-Santacruz. ROA stated that he is willing to speak without a lawyer present. ROA

CONTINUATION OF COMPLAINT:
Edgar Dario ROA-Santacruz,
David CASAS-Herrera

stated that he was hired to smuggle seven individuals into the United States and knew that all seven individuals were illegally present in the United States. ROA stated that he was going to be paid $500 USD for each individual successfully smuggled into the United States. ROA stated that he was to return to Mexico with the boat. ROA stated that he communicated with the smuggler through the co-principal, Defendant David CASAS-Herrera, who goes by the moniker "Lobo." ROA stated that the foot guide on the boat was going to take the seven individuals further north after landing. ROA was shown a photographic lineup. ROA identified CASAS in the lineup as the co-principal and foot guide. ROA also identified himself as in the lineup.

At approximately 12:28 AM, Defendant David CASAS-Herrera stated he was willing to speak without a lawyer present. CASAS stated that he entered the United States by boat on June 5, 2021, and that he knows it is illegal to do so. CASAS stated that his sister made all of the smuggling arrangements with an unknown person. CASAS was shown a photographic lineup up and he only identified himself in the photo. CASAS stated he does not remember who was sitting around him on the boat.

Material witness, BARAHONA, admitted to being a citizen of El Salvador and ELIZONDO, and QUINTERO, admitted to being citizens of Mexico, illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. BARAHONA, ELIZONDO, and QUINTERO admitted to making smuggling arrangements. BARAHONA, ELIZONDO, and QUINTERO stated that they agreed to pay in between $12,000 and $15,000 USD if they were successfully smuggled into the United States. BARAHONA, ELIZONDO, and QUINTERO stated that they were boarded into a boat, taken out to sea, and made an illegal entry into the United States on or about June 5, 2021. BARAHONA, ELIZONDO, and QUINTERO were presented with a photo lineup of the 9 individuals detained on the vessel. BARAHONA and ELIZONDO identified the defendant, Dario ROA-Santa Cruz, as being the captain of the vessel, and defendant, David CASAS-Herrera as the guide/coordinator in this event.